# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

FILED
ASHEVILLE, N.C.

JUN 12 2018

U.S. DISTRICT COURT
W. DIST. OF N.C.

United States of America
v.
Jerry Hover Tinsley

)
)
)
)
)
)
)

Case No. 1:18mj68

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  June 6, 2018  in the county of  Rutherford  in the  Western  District of  North Carolina , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2113 (a) | Bank Robbery |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Chadd Murray, TFO, ATF
*Printed name and title*

Sworn to before me and signed in my presence.

Date: June 12, 2018

_____
Judge's signature

City and state: Asheville, North Carolina

Dennis L. Howell, US Magistrate Judge, WDNC
*Printed name and title*

# AFFIDAVIT

I, Chadd Murray, do state and depose the following:

1. This affidavit is submitted as probable cause in support of the criminal complaint for the arrest of Jerry Hover TINSLEY. I am a Task Force Officer with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms & Explosives ("ATF"). I have been so employed as Task Force Officer since July of 2015. I am assigned to the Charlotte, North Carolina Office of the ATF, within the Western District of North Carolina. During my tenure as a Task Force Officer I have had occasion to investigate and participate in numerous narcotics and firearms related investigations. I am also a Sergeant with the Rutherford County Sheriff Office and been duly sworn as a Deputy/Officer since June of 2002. I am currently assigned as Sergeant over the Narcotics Unit with the Rutherford County Sheriff Office since March of 2012.

2. The ATF, Forest City Police Department (FCPD) and the Rutherford County Sheriff Office "(RCSO)", are investigating a crime involving an attempted Robbery of Bank (namely Fifth Third Bank). From my personal participation and from information I learned from other Deputies/Officers, I am familiar with the facts and circumstances of this investigation. This affidavit does not include all the facts known to me regarding this investigation, only those sufficient to establish probable cause that federal laws have been violated. During the investigation Deputies/Officers learned that Jerry Tinsley a previously convicted Federal Felon attempted to commit a Robbery of Fifth Third Bank which is violation of 18 USC § 2113 (a).

3. On June 6, 2018, around 13:52 hours, a white male entered Fifth Third bank and approached a teller by the name of Beverly Lynn Dill. He then handed Ms. Dill a note with the message "This is a robbery do not set any alarms" then stated that he wanted 100's and 50's. Ms. Dill responded that she did not have any and then told the white male to get it from the other teller beside of her. Ms. Dill told the white male the other teller did not have any either. The white male then turned and walked out of the bank. The white male was described by witnesses as a white male wearing a green long sleeve shirt and blue jeans. The white male was last seen running east on Main Street Forest City, N.C. and enter a silver/grey vehicle.

4. Officers were able to locate video footage of the suspect running by the Pelicans SnoBalls shop and entering a grey Nissan Sentra with a dent in the rear passenger area of the vehicle. The suspect then drove the suspect car turning left on Main Street, Forest City, N.C, fleeing the area.

5. Forest City Police Department released via social media a picture of the suspect vehicle. The picture Forest City Police Department released of the suspect vehicle was obtained from Pelicans Snoballs shop. Karen Bailey approximately an hour later came to the Forest City Police Department and spoke to Lt. Bumgarner about the robbery suspect. Ms. Bailey stated she knew who the suspect was. Ms. Bailey told Lt. Bumgarner the suspect was Jerry Tinsley. Ms. Bailey stated Mr. Tinsley was living with her daughter Julie Webb at 745 Baber Road, Rutherfordton, N.C. Ms. Bailey stated she knew the vehicle because it was registered in her name, due to Ms. Webb making payments to her.

Case 1:18-mj-00068-DLH   Document 1   Filed 06/12/18   Page 3 of 5

2

6. After receiving the information from Ms. Bailey, Lt. Chris Weeks with the Forest City Police Department contacted me to see if we could check the residence of 745 Baber Road, Rutherfordton, N.C. The Rutherford County Narcotics Unit and the Rutherford County Interdiction Team went to 745 Baber Road, Rutherfordton, N.C. Once at the residence the suspect vehicle was parked in the driveway and matched the video surveillance from Pelican SnoBalls shop. Julie Webb then came out of the residence and stated that Mr. Tinsley was not there. Ms. Webb then gave Deputies permission to search the residence. Tinsley was not located inside the residence. Ms. Webb then cooperated with Deputies and agreed to get Mr. Tinsley back to the residence. Mr. Tinsley was then taken into custody approximately 100 yards from the residence in the wood line.

7. After being taken into custody near the residence Mr. Tinsley was transported by Forest City Police Officers back the Forest City Police Department. Mr. Tinsley did not wish to speak with Detectives concerning the robbery.

8. Videos collected from the bank on the date in question reveal an individual appearing to be Mr. Tinsley attempting to rob the Fifth Third Bank and then that individual attempting to flee in a grey Nissan Sentra.

9. On June 7, 2018, Detective Chris Hooper with the Forest City Police Department confirmed by speaking with Fifth Third Bank they are federally insured through FDIC. A screen shot of that was taken from a bank monitor along with a photo listed inside the bank of the FDIC plaque.

10. Based on the information contained herein, the affiant requests that an arrest warrant be issued for Jerry Hover TINSLEY for violation of Title 18, United States Code, Section 2113 (a).

Chadd Murray, Task Force Officer
Alcohol, Tobacco, Firearms
And Explosives

Sworn to before me and subscribed before me on this the 12th day of June, 2018.

Dennis L Howell
United States Magistrate Judge
Western District of North Carolina